**Terry KERR; Dennis Kerr,**
**Plaintiffs-Appellants,**

v.

**U.S. BANK TRUST, N.A., Individually and as Trustee of SW Reo Trust 2014-1; et al., Defendants-Appellees.**

No. 17-16304

United States Court of Appeals, Ninth Circuit.

Submitted January 16, 2018 *

Filed January 25, 2018

Terry Kerr, Pro Se

Dennis Kerr, Pro Se

Thera A. Cooper, Esquire, Akerman LLP, Las Vegas, NV, for Defendant-Appellee U.S. Bank Trust, N.A.

Melanie Dawn Morgan, Esquire, Attorney, Jesse Allen Ransom, Attorney, Akerman LLP, Las Vegas, NV, for Defendant-Appellee Bank of America, N.A., Darren Brenner, William Habdas, Richard Aaron Chastain

Richard J. Reynolds, Esquire, Attorney, Burke Williams & Sorensen LLP, Santa Ana, CA, Michael R. Brooks, Esquire, Managing Senior Counsel, Brooks Hubley, LLP, Las Vegas, NV, for Defendants-Appellees Micheal Brooks, Ramir Mitchell Hernandez, Harmony Title Agency

Joseph P. Buchman, Attorney, Burke, Williams & Sorensen, LLP, Los Angeles, CA, Richard J. Reynolds, Esquire, Attorney, Burke Williams & Sorensen LLP, Santa Ana, CA, Michael R. Brooks, Esquire, Managing Senior Counsel, Brooks Hubley, LLP, Las Vegas, NV, for Defendant-Appellee Richard J. Reynolds

Thera A. Cooper, Esquire, Akerman LLP, Las Vegas, NV, for Amici Curiae

Before: REINHARDT, TROTT, and HURWITZ, Circuit Judges.

MEMORANDUM **

Terry and Dennis Kerr appeal pro se from the district court's judgment dismissing their action alleging federal and state law claims arising from foreclosure proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010). We affirm.

The district court properly dismissed the Kerrs' action because the Kerrs failed to allege facts sufficient to state any plausible claim. *See id.* at 341-42 (although pro se pleadings are liberally construed, a plaintiff must allege facts sufficient to state a plausible claim); *see also Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937,

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

173 L.Ed.2d 868 (2009) ("A pleading that offers 'labels and conclusions' or 'a formulaic recitation of the elements of a cause of action'" will not satisfy Fed. R. Civ. P. 8(a)(2), "[n]or does a complaint suffice if it tenders 'naked assertions[s]' devoid of 'further factual enhancement.'" (citations omitted)).

The district court did not abuse its discretion by denying the Kerrs' motions for entry of default judgment because the record does not show that defendants were in default. *See Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986) (setting forth the standard of review).

The motion for leave to file an amicus brief (Docket Entry No. 18), filed by U.S. Bank, N.A., and U.S. Bank, N.A., as Trustee of SW REO Trust 2014-1, is granted. The Clerk shall file the amicus brief at Docket Entry No. 18.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.